**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 11-00202-WS** |
| **v.** | * | |
| | * | |
| **ANTHONY J. KLATCH, II** | * | |
| | * | |

**NOTICE OF INTENT TO INTRODUCE
RULE 404(b) AND/OR RULE 609 EVIDENCE**

COMES NOW the United States of America, by and through its attorney, Kenyen R. Brown, the United States Attorney for the Southern District of Alabama, and serves formal notice that the United States may seek to introduce the fact of, and the facts underlying, the following crimes, wrongs, and/or acts of the defendant, Anthony J. Klatch, II, at trial, not only as direct evidence of the crimes at issue in this case, but also pursuant to FED. R. EVID. 404(b), FED. R. EVID. 609, and otherwise as necessary for impeachment purposes:

1) The defendant's involvement in:
 (a) Vigilant Capital Management, LLC;
 (b) American Private Equities, LLC;
 (c) ARM Capital Management, LLC; and
 (d) The Open Fund.

2) The distribution of fraudulent Schedule K-1 Forms to Vigilant investors.

This investigation is continuing. Accordingly, the United States may supplement this notice at a future date.

Respectfully submitted this 17th day of October, 2011.

        KENYEN R. BROWN
        UNITED STATES ATTORNEY
        By:

        */s/ Christopher J. Bodnar*
        Christopher J. Bodnar
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602

## CERTIFICATE OF SERVICE

     I hereby certify that, on October 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Domingo Soto, counsel for defendant.

        */s/ Christopher J. Bodnar*
        Christopher J. Bodnar
        Assistant United States Attorney