FILED JAN 27 '12 PM 1:23 USDC AL

1-23-12

CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
113 ST. JOSEPH ST.
MOBILE, AL 36602

REF: ANTHONY J. KLATCH II

I WOULD LIKE TO PETITION THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA, 113 ST. JOSEPH ST, MOBILE, ALABAMA, 36602. OUR INTEREST IS ON THE PROCEEDS AFTER LIQUIDATION IN THE INITIAL INVESTMENT AMOUNT AND ANY POSSIBLE INTEREST ACCUMULATED.

ATTACHED IS DOCUMENTATION OF THE INITIAL INVESTMENT OF $100,000 ON 9-28-10 AND AN APRIL 30, 2011 VALUE OF OUR SHARE BEING $123,816.

THE UNDERSIGNED IS UNDER PENALTY OF PERJURY, AND SHALL SET FORTH THE NATURE AND INTENT OF THE PETITIONER'S RIGHT, TITLE OR INTEREST IN EACH OF THE FORFEITED PROPERTIES AND TIME AND CIRCUMSTANCES OF THE PETITIONERS ACQUISITION OF THE RIGHT, TITLE OR INTEREST IN EACH PROPERTY AND ANY ADDITIONAL FACTS SUPPORTING THE PETITIONER'S CLAIM AND THE RELIEF SOUGHT.

SINCERELY,

PETER DiSAVERIO

AND

ANNA DiSAVERIO    DONNA DiSAVERIO

4364 NAYLOR LANE
WHITEHALL, PA 18052



5550 W. Executive Dr. Suite 460, Tampa, FL 33609 – info@vigilantcapitalmgmt.com

October 1, 2010

Investor: Peter & Donna DiSaverio
Investor ID # 001-014

# INVESTOR ACTIVITY REPORT

The following activity is being issued for the abovementioned investor. Should there be any discrepancies with the below noted and your records, please notify immediately.

## PENDING ACTIVITY

*Details*
Action Pending:         None
Date of Subscription:   October 1, 2010
Estimated Value:        $100,000.00
New Issue Eligible:     Yes
Erisa:                  No
Units:                  100,000.00
Class/Series:           A
Management Fee:         2%
Performance Fee:        20%

## ADDITIONAL INFORMATION REQUIRED

__ Revision of Previously Notified Activity        __ Cancellation of Previously Notified Activity

_X_ Other: Additional Investment

## MANAGER APPROVAL

I hereby acknowledge receipt and approve the pending investor activity detailed above.

Authorized Signature



Pre-Addendum
September 29, 2010
Shipper 421-YA9
Page 1 of 1

## Delivery Confirmation Service

ATTN: PETER DISAVERIO
EXECUTIVE AUTO GALLARY INC.
4825 LEHIGH DR
WALNUTPORT PA
18088-9469250

Thank you for using UPS. The charges for the following Confirmation of Delivery responses are included in your UPS Delivery Bill for the week ending 10-02-10.
Responses Enclosed                     1



**Confirmation of Delivery**
Shipper No. 421-YA9    No. 1Z421YA92943823611
EXECUTIVE AUTO GALLARY INC.

nage of Signature

lecipient    ANTHONY KLATCH

Delivered 09-28-10

9-28 COMPANY OR PERSON UNKNOWN, NOT DELIVERED
9-27 COMPANY OR PERSON UNKNOWN, NOT DELIVERED

VIGILANT CAPITAL PARTNERS, LP

SUBSCRIPTION INSTRUCTIONS

An investor desiring to subscribe for Interests in Vigilant Capital Partners, LP should do the following:

1. Complete, date and sign a Subscription Agreement in the attached form. Have your signature notarized in the Acknowledgement form.

3. Complete, date and sign the Form W-9 (or W-8BEN for non-U.S. investors) attached to the Subscription Agreement.

4. Keep copies of the completed, dated, signed and notarized Subscription Agreement, and Form W-9 or W-8BEN for your records.

5. Send the completed, dated and originally signed Subscription Agreement, and Form W-9 or W-8BEN to:

   Vigilant Capital Management, LLC
   4590 Jasmine Dr.
   Center Valley, PA 18034

6. Unless the General Partner otherwise agrees, payment of the subscription amount must be made by check or wire transfer through or from a U.S. bank or a banking institution organized within a jurisdiction, territory or region approved by the Financial Action Vigilant Force (the "FATF") in a single lump sum payment from a single account (rather than two or more separate payments from one or more accounts). A list of jurisdictions, territories or regions currently approved by the FATF can be obtained from the FATF web site: www.oecd.org/fatf.

   (a) Send a check in payment for the amount subscribed (as indicated on the signature page of the Subscription Agreement) payable to Vigilant Capital Partners, LP to:

   Vigilant Capital Partners, LP
   4590 Jasmine Dr.
   Center Valley, PA 18034
   Attention: General Partner

   *[handwritten: 5550 W. Executive Dr. Suite 460 Tampa, FL 33609 USA]*

   OR

   (b) Domestic wire transfer that amount to:

---

**PETER DI SAVERIO**
**DONNA DI SAVERIO**
4364 NAYLOR LANE
WHITEHALL, PA 18052-1516

MorganStanley
SmithBarney                    1001
                               55-7265/212

Date: *9-24-10*

Pay to the Order of: *Vigilant Capital Partners, LP*   $ *100,000.00*

*One Hundred Thousand and* ———————————— Dollars

FINANCIAL MANAGEMENT ACCOUNT
800-634-9855
Citibank, N.A. Englewood Cliffs, N.J.

# VIGILANT CAPITAL PARTNERS, LP

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

Amount of Check or Simultaneous Wire Transfer:    $ _100,000.00_

### TYPE OF OWNERSHIP (Check One)

| | | | |
|---|---|---|---|
| ___ | INDIVIDUAL OWNERSHIP (One signature required) | ___ | COMMUNITY PROPERTY (One signature required) |
| X | JOINT TENANTS WITH RIGHT OF SURVIVORSHIP (Both parties must sign) | ___ | TENANTS-IN-COMMON (Both parties must sign) |
| ___ | CORPORATION (Turn to page 14) | ___ | PARTNERSHIP OR LIMITED LIABILITY COMPANY (Turn to page 14) |
| ___ | TRUST (Including employee benefit plan and individual retirement account trusts) (Turn to page 15) | ___ | CUSTODIAN FOR MINOR (Turn to page 15) |
| | | ___ | OTHER (Please specify and include appropriate documentation) |



5550 W. Executive Dr., Suite 460, Tampa, FL 33609 – 215.600.0862 – info@vigilantcapitalmgmt.com

## Vigilant Capital Partners, LP
## Overall Investor Return
## For the Period Ending April 30, 2011

| Initial Investment | $ | 100,000 |
|---|---|---|
| Contributions | | - |
| Withdrawals | | - |
| Total Return (%) | | 23.32% |
| Total Return ($) | $ | 23,316 |
| Current Investment Value | $ | 123,316 |



