# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *  CRIMINAL NO. 11-00202-WS |
| **v.** | * |
| | * |
| **ANTHONY J. KLATCH II** | * |
| | * |
| | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and files this motion to continue the sentencing date for defendant Anthony Klatch.

Anthony Klatch is currently scheduled to be sentenced at 10:00 am on April 24, 2012. Both the United States and defense counsel agree that continuing the sentencing date is in the best interests of all involved. Therefore, the United States requests that the sentencing date be continued for 120 days.

Respectfully submitted this 21st day of March 2012.

        KENYEN R. BROWN
        UNITED STATES ATTORNEY
        By:

        *s/ Christopher J. Bodnar*
        Christopher J. Bodnar
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845
        E-mail: christopher.bodnar@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel for the defendant this the 21st day of March, 2012.

                                            *s/Christopher J. Bodnar*
                                            Christopher J. Bodnar
                                            Assistant United States Attorney