IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO. 11-00202-WS |
| v. | * | |
| | * | |
| ANTHONY J. KLATCH, II | * | |

**STATUS REPORT REGARDING ASSETS**

COMES NOW the United States of America, by and through Kenyen R. Brown, United States Attorney for the Southern District of Alabama, Alex F. Lankford, IV, Assistant United States Attorneys, and files the following status report in response to the Court's Order (doc. 58, 60) and respectfully submits the following report and requests:

1. The undersigned has written to each person and entity believed to have an interest in assets identified in the Preliminary Order of Forfeiture in an attempt to pursue informal resolution of petitions and prospective petitions.

2. The United States requests an additional 30 days in order to have time to negotiate and file formal agreements memorializing the resolution of such interests.

3. While the United States does not at this time expect that it will be necessary to conduct discovery related to the petitions and prospective petitions, the undersigned will promptly notify the Court within the 30 day period should discovery become necessary, or as otherwise ordered.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

1

/s/ Alex F. Lankford, IV
ALEX F. LANKFORD, IV (LANKA0026)
Assistant United States Attorneys
United States Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5131

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Domingo Soto, Esquire.

/s/ Alex F. Lankford, IV
ALEX F. LANKFORD, IV
Assistant United States Attorney