**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 11-0202-WS |
| ) | |
| ANTHONY J. KLATCH II, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The government's status report, (Doc. 63), is noted. The government's request for an additional 30 days to negotiate and file formal agreements resolving third-party interests in forfeited assets, construed as a motion, is **granted**. The government is **ordered** to conclude such negotiations and file such agreements on or before **April 26, 2012**. Failing such final resolution, the government is **ordered** to fully comply with the Court's order of March 5, 2012, (Doc. 58), no later than **April 26, 2012**. Resolution of the three filed petitions, (Docs. 55-57), under 21 U.S.C. § 853(n) will not be indefinitely postponed absent the petitioners' consent.

DONE and ORDERED this 28th day of March, 2012.

> s/ WILLIAM H. STEELE
> CHIEF UNITED STATES DISTRICT JUDGE