IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 11-0202-WS |
| ) | |
| ANTHONY J. KLATCH II, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 31, 2012, the Court ordered the government and petitioner PNC Bank ("PNC") to file, on or before August 24, 2012, either a joint request for dismissal of the petition or a joint status report concerning the petition and why it has not been informally resolved. (Doc. 80). The government has done neither, but it has filed a copy of its release and settlement agreement with PNC. (Doc. 90). While this document does not expressly contemplate dismissal of the petition, it resolves the parties' dispute concerning PNC's interest in the subject vehicle and real property. Accordingly, PNC's petition is **dismissed**.

DONE and ORDERED this 24th day of August, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE