IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-00202-WS-N |
| | ) | (Civil Action No. 12-00594-WS) |
| ANTHONY J. KLATCH, II, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 3, 2012, is ADOPTED as the opinion of this Court.  It is **ORDERED** that the motion filed by the defendant pursuant to 28 U.S.C. § 2255 (doc. 105) is hereby **DISMISSED without prejudice** as premature.

**DONE** this 15th day of January, 2013.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE